CINCINNATI BAR ASSOCIATION, *v.* McCONNELL.

(D.D. No. 81-16—Decided November 18, 1981.)

*Mr. Eugene J. Utz, Mr. Clifford A. Roe, Jr.,* and *Mr. David E. W. Chatfield,* for relator.

*Per Curiam.* We conclude there are sufficient facts to find that respondent violated DR 6-101(A)(3) of the Code of Professional Responsibility.

We concur with the board's recommendation herein and hereby indefinitely suspend the respondent, Terrance A. McConnell, from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.